December 5, 1973.

M. P. No. 73-189. ELISE F. PANSEY *v.* ROY H. PANSEY. Order entered on November 27, 1973, amended to read as follows:

> The papers herein are ordered transmitted to the Clerk of the Family Court for the limited purpose of granting petitioner-appellee, Elise F. Pansey, a hearing on her motion for a counsel fee, and upon termination of the hearing the papers are to be returned forthwith to the Clerk of this court. Except for the aforementioned limitation, the stay previously entered in this court shall remain in effect.

*Kenneth J. Macksoud,* for petitioner-appellee. *Edmond A. DiSandro,* for respondent-appellant.